UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM 403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

August 2, 2011

Mr. Arlon L. Woodruff
Woodruff Law Firm, P.A.
Post Office Box 500
Lake City, AR 72437-0500

    RE: Fitzhugh v. Fitzhugh, CASE #: 2:10CV00108-BRW

Dear Mr. Woodruff,

On July 13, 2011, a Motion for Summary Judgment was filed in the case referenced above.

The docket reflects that you have not filed a response to the Motion for Summary Judgment. If I have not received a response by 5:00 p.m. on Friday, August 5, 2011, I will assume that you believe that the motion is well taken.

    Cordially,

    /s/Billy Roy Wilson

cc: Robert Joseph Gibson
    James McCormack, Clerk of the Court