# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**EDWARD FITZHUGH**                                                                                          **PLAINTIFF**

**v.**                                                   **2:10CV00108-BRW**

**THOMAS B. FITZHUGH**                                                                                       **DEFENDANT**

## ORDER

The Joint Motion for Continuance (and Withdrawal of Motion for Summary Judgment) (Doc. No. 14) is GRANTED.

Accordingly, I find the following:

1. Defendant's Motion for Summary Judgment (Doc. No. 7) is DENIED as moot.

2. The trial setting and all pending deadlines, including those set forth in the Final Scheduling Order, are continued indefinitely.

3. A status hearing will be set for after February 1, 2012, to resolve any remaining issues.

IT IS SO ORDERED this 26th day of August, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE