# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**EDWARD FITZHUGH**                                                                              **PLAINTIFF**

**V.**                                  **2:10-cv-00108-BRW**

**THOMAS B. FITZHUGH, JR.**                                                              **DEFENDANT**

## ORDER

It is represented to the Court by counsel for Plaintiff that the above cause has been compromised and settled and the same should be dismissed with prejudice.

IT IS, THEREFORE, BY THE COURT CONSIDERED, ORDERED AND ADJUDGED that the above styled cause be, and the same hereby is, dismissed with prejudice.

IT IS SO ORDERED this 20th day of March, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE